# United States Court of Appeals
## For the First Circuit

No. 23-2081

JOZELIA MARIA DE OLIVEIRA RODRIGUES; E.C.D.O.R.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: February 16, 2024
Pursuant to 1st Cir. R. 27.0(d)

  The brief filed by petitioners Jozelia Maria De Oliveira Rodrigues and E.C.D.O.R. on February 2, 2024 is not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The petitioners' brief includes a document, labeled "Appendix," which contains the challenged Board's decision dated December 7, 2023, followed by another document, labeled "Addendum," which has another copy of the same challenged Board's decision dated December 7 , 2023. An appendix is a separate requirement which cannot be combined with a brief and must be filed in accordance with Fed. R. App. P. 30(a)-(b). The petitioners' addendum must be included in the back of their brief, and their addendum should be located directly after their brief.***

  Petitioners Jozelia Maria De Oliveira Rodrigues and E.C.D.O.R. are ordered to file a conforming brief by **February 23, 2024**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for respondent's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lidice D. Samper Perdomo
Oil
Elizabeth M. Dewar
Christopher George Gieger